**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| In re BAYCOL PRODUCTS LITIGATION | : | MDL No. 1431 (MJD) |
| This Document Relates to: | : | |
| *Mike Minato v. Bayer Corporation* | : | Case No. 02-0131 |

**MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL**

PTOs 4, 10 and 12 require each plaintiff transferred to this MDL proceeding "to complete and serve upon defendants a responsive Plaintiff's Fact Sheet and the Authorizations required therein" within 45 days of the date of transfer. *See, e.g.*, PTO 12, ¶ 3. Additionally, PTO 85 requires that each plaintiff produce a fully executed HIPAA Compliant Medical Authorization within 30 days of written request by defendant.

Plaintiff Mike Minato served a Plaintiff's Fact Sheet ("PFS") and authorizations upon Defendant on May 21, 2002 (attached as Exhibit 1). To date and in violation of PTO 85, Plaintiff has not responded to Defendant's numerous requests (attached as Exhibit 2) to provide a properly executed HIPAA Compliant Authorization for Release of Medical Records. Accordingly, Defendant asks the Court to compel Plaintiff to provide a properly executed HIPAA Compliant Medical Authorization.

Defendant has attempted in good faith to confer with Plaintiff's counsel to resolve these issues without court action. Specifically, by letters dated May 9, May 19 and June 5, 2006, Defendant has requested that Plaintiff provide an authorization and

rectify these issues. *See* Ex. 2. Despite these requests, Plaintiff's counsel has failed to provide the required medical authorization in violation of PTOs 4, 10, 12 and 85.

Without a properly executed authorization for the release of medical records, Defendant cannot evaluate Plaintiff's claims and, thus, is unduly prejudiced. Therefore, Defendant requests that the Court compel Plaintiff Mike Minato to produce a properly executed HIPAA Compliant Authorization for Release of Medical Records.

Dated: June 12, 2006

Respectfully submitted,

/signature on file/

Susan A. Weber
James W. Mizgala
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000

Philip S. Beck
Adam Hoeflich
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, IL 60610
(312) 494-4400

Paul J. Zidlicky
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000

Peter W. Sipkins (No.101540)
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
(612) 340-2600

Richard K. Dandrea
ECKERT SEAMENS CHERIN & MELLOTT, LLC
USX Tower, 600 Grant St., 44th Floor
Pittsburgh, PA. 15219
(412) 566-6000

*Counsel for Bayer Corporation*