# Exhibit 1

**IN RE: BAYCOL LITIGATION**
**MDL No. 1431**

# PLAINTIFF'S FACT SHEET

Each Plaintiff who used Baycol must complete this Fact Sheet. In completing this Fact Sheet, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can. You may and should consult with your attorney if you have any questions regarding the completion of this form.

If you are completing the form for someone who has died or who cannot complete the Fact Sheet him/herself, please answer as completely as you can for that person. You may attach as many sheets of paper as necessary to answer these questions.

## I. Case Information

A. Please state the following for the civil action that you filed:

1. Case caption: Mike Minato v. Bayer Corp.

2. Civil Action No: 01-2002-PHX

3. Court in which action was originally filed: Superior Court State of Arizona

4. Name, address, telephone number, fax number and e-mail address of principal attorney representing you:

William G. Caldes
Name

Spector Roseman & Kodroff
Firm

1818 Market St. Suite 2500
Street Address

Philadelphia Pa. 19103
City, State and Zip Code

(215) 496-0300
Telephone Number

(215) 496-6611
Fax Number

bcaldes@srk-law.com
E-mail address

B. If you are completing this Fact Sheet in a representative capacity (on behalf of the estate of a deceased person or a minor), please state:

1. Your name: __________

2. Address: __________

3. In what capacity are you representing the person? __________

4. If a court appointed you to act on behalf of the estate of the deceased person or minor, state the court and date of appointment: __________

5. Your relationship to deceased or represented person: __________

6. If you represent a decedent's estate, state the date of decedent's death: __________

**The remainder of this Fact Sheet requests information about the person who used the Baycol. If you are completing this Fact Sheet for someone else, please assume that "you" means the person who used Baycol.**

## II. Personal Information

A. Name: Mike Minato

B. Have you ever used any other names and, if so, when: No

C. Current Address: 13223 Hyacinth Dr. Sun City West, AZ 85375

D. How long have you been living at this address? 7 years

E. List any prior addresses during the last ten (10) years and the dates when you lived at those addresses. If you cannot recall all of the details regarding those addresses, please provide as much information as you can. 11 Halfford Ave. Bridgeton, N.J. 08302

F. Social Security Number: 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

G. Date and place of birth: 6-23-26

H. Sex: Male X Female _____

I. Marital Status: M

J. If applicable, name of current spouse and date of marriage: Francis Minato

K. If applicable, name of former spouse(s) and date(s) of marriage within the last ten (10) years:

L. Name(s) of children and date(s) of birth, if applicable:

M. Current employer:

Name: Retired
Address:
Job Duties:
Job Title:
Dates Employed:
Full-time or Part-time:
Name of Supervisor:

Are you making a claim for lost wages or lost earning capacity? _____ Yes _X_ No

N. Please complete the following information regarding any employers (other than your current employer) that you have had in the last ten (10) years:

1. Name: Minato Jewelers
Address: 38 East Commerce St. Bridgeton N.J. 08302
Job Duties: Jeweler
Job Title: Owner
Dates Employed:
Full- time or Part-time: F/T
Reason for Leaving: Retired
Name of Supervisor:

2. Name:
Address:
Job Duties:
Job Title:
Dates Employed:
Full-time or Part-time:
Reason for Leaving:
Name of Supervisor:

O. Please provide the following information about your education:

1. <u>High School</u>

Name: ______________________________
Address: ______________________________
Grade completed: ______________________________
Year graduated: ______________________________

2. Did you attend school beyond high school? _X__ Yes _____ No

If yes, please complete the following for each school that you attended after high school:

| Name of School | Address | Dates of Attendance | Degree Awarded | Major or primary field |
|---|---|---|---|---|
| North Central College | Naperville, Ill | 1945 | | |

P. Have you used a computer at any time during the past five (5) years?
_____ Yes _X_ No

If "yes," please complete the following:

1. Did you have e-mail? _____ Yes _____ No

2. Did you have internet access? _____ Yes _____ No

3. Have you ever visited any website containing information regarding Baycol, statins or the treatment of high cholesterol or high triglycerides?

_____ Yes _____ No ______ I don't know

4. Have you ever visited any chat rooms where Baycol, statins, or the treatment of high cholesterol or high triglycerides was discussed?

_____ Yes _____ No ______ I don't know

5. Have you ever communicated via e¡ mail or chat room about Baycol, statins or the treatment of high cholesterol or high triglycerides?

_____ Yes _____ No _____ I don't know

Q. Has any insurance or other company provided medical coverage to you or paid medical bills on your behalf in the ten (10) years before you took Baycol through the present?

_X_ Yes _____ No

If "yes", please complete the following:

| Name of Company | Address |
|---|---|
| Pacificare of Arizona | |

R. Have you applied for worker's compensation, social security, or state or federal disability benefits in the past ten (10) years?

_____ Yes _X_ No

If "yes," please complete the following for each application. If you cannot recall all of the details regarding such application(s), please provide as much information as you can.

1. Date (or year) of application: ______________________
2. Type of benefits: ______________________
3. Amount awarded: ______________________
4. Basis of your claim: ______________________
5. If denied, reason for denial: ______________________
6. To what agency or company you submitted your application (e.g., Pennsylvania Division of Social Security): ______________________

S. Were you ever rejected or discharged from military service for any reason relating to your health or physical condition?

_____ Yes _X_ No

If "yes," then state the reason for the health-related rejection or discharge and when this happened.

______________________________________________

______________________________________________

T. Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any bodily injury, illness or physical harm?

_____ Yes  __X__ No

If "yes," please state the court in which the lawsuit was brought and the civil action or docket number assigned to each such claim, action, or lawsuit. If you cannot recall all of the details, please provide as much information as you can.

______________________________________________

______________________________________________

## III. Your Health Care Providers

A. Please provide the following information for each doctor, clinic or healthcare provider that you have seen or who has treated you during the last ten (10) years. If you cannot recall all of the details regarding the healthcare providers that you have seen, please provide as much information as you can.

1. Name: Dr. Joe Hayashi
Specialty, if any: ____________
Address: Sun City West, Arizona
Phone: ____________
Reason(s) for visit(s): General Health Maintenance
Medications prescribed or recommended: Baycol, Lescol

2. Name: ____________
Specialty, if any: ____________
Address: ____________
Phone: ____________
Reason(s) for visit(s): ____________
Medications prescribed or recommended: ____________

3. Name: ____________
Specialty, if any: ____________
Address: ____________
Phone: ____________
Reason(s) for visit(s): ____________
Medications prescribed or recommended: ____________

4. Name: ____________________
Specialty, if any: ____________________
Address: ____________________
Phone: ____________________
Reason(s) for visit(s): ____________________
Medications prescribed or recommended: ____________________

5. Name: ____________________
Specialty, if any: ____________________
Address: ____________________
Phone: ____________________
Reason(s) for visit(s): ____________________
Medications prescribed or recommended: ____________________

6. Name: ____________________
Specialty, if any: ____________________
Address: ____________________
Phone: ____________________
Reason(s) for visit(s): ____________________
Medications prescribed or recommended: ____________________

7. Name: ____________________
Specialty, if any: ____________________
Address: ____________________
Phone: ____________________
Reason(s) for visit(s): ____________________
Medications prescribed or recommended: ____________________

**[ATTACH ADDITIONAL PAGES, IF NECESSARY]**

## IV. Your Medical Background

A. Height: 5' 5"

B. Current Weight: 168

C. Your Smoking History

1. Never smoked cigarettes No

2. Past smoker of cigarettes Yes
Date on which smoking ceased 1985
Amount smoked: 1 packs per day for 44 years

3. Current smoker of cigarettes _No_
   Amount smoked: _____ packs per day for _____ years

4. Have you ever used any other form of tobacco (snuff, dipping, cigars)?

   _____ Yes _X_ No _____ I don't know

   If "yes," please identify:

   a. What form: ______
   b. Dates of use: ______
   c. Amount of use: ______

D. Alcohol Consumption

On average, how much alcohol do you drink?

_____ None
_____ 1-5 drinks per week
_____ 6-10 drinks per week
_____ 10 or more drinks per week

E. Please provide the following information for each hospitalization that you have had during the last ten (10) years. If you cannot remember all of the details, please list as much information as you can.

1. Name of hospital: Our Lady of Lords
   Address: Camden N.J.
   Phone: ______
   Reason(s) for hospitalization(s): open heart surgery

2. Name of hospital: ______
   Address: ______
   Phone: ______
   Reason(s) for hospitalization(s): ______

3. Name of hospital: ______
   Address: ______
   Phone: ______
   Reason(s) for hospitalization(s): ______

**[ATTACH ADDITIONAL PAGES, IF NECESSARY]**

F. Please complete the following information for each surgery that you had in the last ten (10) years. If you cannot remember all of the details, please list as much information as you can.

1. Name of operation: Open heart surgery
   Name of surgeon: Dr. Kouchler
   Address of surgeon: Cherry Hill N.J.
   Reason for surgery: ______

2. Name of operation: ______
   Name of surgeon: ______
   Address of surgeon: ______
   Reason for surgery: ______

3. Name of operation: ______
   Name of surgeon: ______
   Address of surgeon: ______
   Reason for surgery: ______

**[ATTACH ADDITIONAL PAGES, IF NECESSARY]**

G. If you have ever consulted a doctor, clinic or other healthcare provider concerning any kidney condition, illness or disease including kidney failure, polynephritis, nephrosclerosis, kidney stones, proteinuria or hematuria (blood in the urine), please complete the following. If you cannot remember all of the details, please list as much information as you can.

Name of doctor or facility: ______
Address: ______
Date: ______
Diagnosis: ______
Treatment: ______
Medications: ______
Did condition resolve? ______
Current status of condition: ______

H. If you have ever consulted a doctor, clinic or other healthcare provider concerning any liver condition, illness or disease including but not limited to hepatitis, cirrhosis or fatty liver, please complete the following. If you cannot remember all of the details, please list as much information as you can.

Name of doctor or facility: ______
Address: ______
Date: ______
Diagnosis: ______

Treatment: ____________________
Medications: ____________________
Did condition resolve? ____________________
Current status of condition: ____________________

I. If you have ever consulted a doctor, clinic or other healthcare provider about any musculoskeletal condition or disease including muscle pain or weakness, extreme fatigue, myopathy, polymyositis, fibromyalgia, arthritis, tendonitis, or other muscle related concerns or problems, please complete the following. If you cannot remember all of the details, please list as much information as you can.

Name of doctor or facility: Dr. Hayashi
Address: Sun City West, Arizona
Date: Circa Aug 2001
Diagnosis: ____________________
Treatment: Take off of Baycol & switch to Lipitor
Medications: ____________________
Did condition resolve? Unknown
Current status of condition: Unknown

J. Have you had any of the following tests or procedures in the past ten (10) years?

| **Test/ Procedure** | **Yes** | **No** | **I don't know** |
|---|---|---|---|
| Creatine kinase (CK)/ Creatine phosphokinase (CPK | | | X |
| EMG/Nerve conduction Studies | | | X |
| Cystoscopy | | | X |
| Liver biopsy | | X | |
| Other diagnostic test(s) or imaging of the kidneys, liver or muscles | | X | |

If "yes,'" please complete the following. If you cannot remember all of the details, please list as much information as you can.

a. Type of test: ____________________
b. Date administered: ____________________
c. Reason for test: ____________________
d. Facility name and address: ____________________

e. Ordering doctor: ____________________

f. Results/diagnosis: ____________________

g. Treatment: ____________________

**[ATTACH ADDITIONAL PAGES, IFNECESSARY]**

K. Have you been tested for any of the following in the last ten (10) years:

| Condition | Yes | No | I don't know |
|---|---|---|---|
| Diabetes | | | X |
| Atherosclerosis | | | X |
| Myocardial infarction/ heart attack | | | X |
| Abnormal heart rhythm | | X | |
| Congestive heart failure | | X | |
| Angina | | | X |
| Thyroid disorder | | X | |
| Autoimmune disease | | | X |

If you responded ``yes" to any of the above, complete the following information for each condition. If you cannot remember all of the details, please list as much information as you can.

a. Type of condition and date of testing: ____________________
Testing doctor: ____________________
Treatment: ____________________

b. Type of condition and date of testing: ____________________
Testing doctor: ____________________
Treatment: ____________________

c. Type of condition and date of testing: ____________________
Testing doctor: ____________________
Treatment: ____________________

L. Have you ever been diagnosed as having:

| Condition | Yes | No | I don't know |
|---|---|---|---|
| High cholesterol | X | | |
| Elevated trigylcerides | | | X |
| Hypertension/high blood pressure | X | | |
| Obesity | | X | |
| Diabetes | | X | |
| Thyroid disorder | | X | |
| Autoimmune disease | | X | |
| Abnormal heart rhythm | | X | |
| Congestive heart failure | | X | |
| Angina | | | X |
| Myocardial infarction | | X | |
| Atherosclerosis | | X | |

If you responded "yes" to any of the above, please complete the following information for each condition. If you cannot remember all of the details, please list as much information as you can.

a. Condition and date of diagnosis: High Cholesterol 1995
Name of diagnosing doctor: Dr. Hayashi
Treatment: Lescol-Baycol-Lipitor

b. Condition and date of diagnosis: High blood pressure 1981
Diagnosing doctor: Dr. Fisher
Treatment: Medication

c. Condition and date of diagnosis: ____
Diagnosing doctor: ____
Treatment:

V. **Baycol**

A. Have you ever taken Baycol? _X_ Yes _____ No

If "yes," then complete the following:

| Dates of use | Dosage | Prescribed by (name and address) | Dispensing pharmacy (name and address) |
|---|---|---|---|
| 5/4/00 | .3MG | Dr. Hayashi | Prescription Solutions SanDiego, CA 92121 |
| 7/25/00 | .3MG | Dr. Hayashi | Prescription Solutions San Diego, CA 92121 |

B. Were you given any written instructions, warnings or other information regarding your use of Baycol?

_X_ Yes _____ No ______ I don't know

1. If "yes," when did you receive the information? with prescription

2. Who gave you the information? Prescription Solutions

3. If you no longer have the written information in your possession, please describe the written information that you received to the best of your ability. Basic Instructions on use.

C. Were you ever given any oral instructions, warnings or other information regarding your use of Baycol?

_____ Yes _____ No _X_ I don't know

1. If "yes", when did you receive them? ____________

2. Who gave them to you? ____________

3. Please describe the oral instructions you received to the best of your ability. _____

D. Please list any prescription or over the counter drug, any dietary supplement, vitamin, or

herbal remedy that you were taking at the same time you were taking Baycol.

| Name of Drug | Date(s) Taken | Prescribing Doctor | Name and Address of Pharmacy Where Obtained |
|---|---|---|---|
| Tiazac | 1999-01 | Dr. Hayashi | Prescription Solutions |
| Proscaz | 1999-01 | Dr. Chung | " " |
| Terozocin | 2001 | Dr. Chung | " " |
| Flomax | 1999-2001 | Dr. Chung | " " |

## VI. Physical Injuries, Illness and Damages

A. If you are making a claim for physical injuries or illness from taking Baycol, please describe the following:

1. Nature of physical injuries or illness: muscular weakness, strength loss, dizziness, head ache, & fatigue
2. The date that you first became aware of the physical injuries or illness: after taking Baycol
3. How you first became aware of the physical injuries or illness: see above symptoms
4. Whether those injuries or illnesses are continuing: mild muscular weakness.

Did you see a doctor, clinic or other healthcare provider for the physical injuries or illness listed above?

_X_ Yes _____ No _____ I don't know

If `yes," please complete the following for each healthcare provider:

a. Name: Dr. Hayashi
b. Address: __________
c. Date of first consultation with that healthcare provider: __________
d. Date of last consultation: __________
e. Do you plan to continue to consult with that healthcare provider? ____Yes ___No

B. Have you had any discussions with any doctor or other healthcare provider about whether Baycol contributed to your physical injuries or illness?

_____ Yes __X__No

If "yes," provide the doctor's or healthcare provider's name and address, and the date of that discussion.

C. If you are making claims for out¡of¡pocket expenses as a result of taking Baycol, please complete the following:

1. For what: ______
2. Amount of fees or expenses: ______
3. Person or company paid or to be paid: ______

D. If you are making a claim for emotional distress or psychological injuries, please complete the Supplemental Fact Sheet for Claims of Emotional Distress and Psychological Injuries and Harm.

E. Are there persons (other than those already identified in this Fact Sheet) whom you believe are witnesses to your claimed injuries or damages? If yes, please provide their name(s) and address(es):

1. Francis Minato (wife)
2. ______
3. ______
4. ______
5. ______

## VII. Other Medications

Have you taken any of the following medications during the past ten (10) years? If you cannot recall all of the details requested, please provide as much information as you can.

| Drug | Yes | No | I don't know | If yes, date(s) taken and prescribing doctor | Name and address of pharmacy where obtained |
|---|---|---|---|---|---|
| **CHOLESTEROL-LOWERING DRUGS** | | | | | |
| Lescol [Fluvastatin] | X | | | Dr. Hayashi 2001 | Prescription Solutions |
| Lipitor [Atorvastatin] | X | | | Dr. Hayashi 2001 | Prescription Solutions |
| Mevacor [Lovastatin] | | X | | | |

| Drug | Yes | No | I don't know | If yes, date(s) taken and prescribing doctor | Name and address of pharmacy where obtained |
|---|---|---|---|---|---|
| Pravachol [Pravastatin] | | X | | | |
| Zocor [Simvastatin] | | X | | | |
| Niacin [Vitamin B3] | | X | | | |
| LoCholest [Cholestyramine] | | X | | | |
| Questran [Cholestyramine] | | X | | | |
| Prevalite [Cholestyramine] | | X | | | |
| **TRIGLYCERIDE-LOWERING DRUGS** | | | | | |
| Lopid [Gemfibrozil] | | X | | | |
| Tricor [Femofibrate] | | X | | | |
| Bezafibrate | | X | | | |
| Ciprofibrate | | X | | | |
| **ANTI-INFECTIVE DRUGS** | | | | | |
| Diflucan [Fluconazole] | | X | | | |
| Erythrocin & Others [Erythromycin] | | X | | | |
| Flagyl [Metronidazole] | | X | | | |
| Nizoral [Ketoconazole] | | X | | | |
| Sporanox [Itraconazole] | | X | | | |

| Drug | Yes | No | I don't know | If yes, date(s) taken and prescribing doctor | Name and address of pharmacy where obtained |
|---|---|---|---|---|---|
| **IMMUNO-SUPPRESSIVE DRUGS** | | | | | |
| Neoral [Cyclosporine] | | X | | | |
| Sandimmune [Cyclosporine] | | X | | | |
| **OTHER** | | | | | |
| Anticoagulants | | X | | | |
| Heart Drugs | | X | | | |
| Thyroid Medications | | X | | | |
| Other | | X | | | |

**VIII. Family History**

A. To the best of your knowledge have any of your children, parents, grandparents or siblings had diabetes, any type of kidney or liver disease, or any type of muscle disorder?

_____ Yes __X__ No ______ I don't know

B. If "yes,'" please complete the following:

Relative's name: ____________________
Relationship to you: ____________________
Type of health problem: ____________________
Date and cause of death, if applicable: ____________________

Relative's name: ____________________
Relationship to you: ____________________
Type of health problem: ____________________
Date and cause of death, if applicable: ____________________

Relative's name: ____________________
Relationship to you: ____________________

Type of health problem: ______________________________

Date and cause of death, if applicable: ______________________________

## IX. Documents

Please provide a copy of all of your documents and things which fall into the categories listed below. This includes documents and things in your personal possession, as well as items being held for you by another person, including your lawyer or any relative.

1. A copy of all medical records (excluding psychiatric or psychological records) from any physician, hospital, clinic, healthcare provider or pharmacy that treated you, or filled your prescriptions, in the last ten (10) years.

2. If you have been the claimant or subject of any worker's compensation, Social Security or other disability proceeding, all documents relating to such proceeding.

3. All instructions, product warnings, package inserts, advertising materials, pamphlets, magazine or newspaper articles, internet information, promotional materials, any documents or materials from defendants, or pharmacy handouts that you have regarding Baycol.

4. Copies of the entire packaging, including the bottle, box and label for the Baycol you allege caused you injury and any remaining medication.

5. If you are claiming lost wages or a loss of earning capacity, your federal tax returns for each of the last five (5) years.

6. If you claim any loss from medical expenses, copies of all bills for which you are seeking reimbursement from any physician, hospital, pharmacy or other health care provider.

7. Copies of letters testamentary or letters of administration relating to your status as plaintiff.

8. Decedent's death certificate (if applicable).

9. All documents of any kind related to other drugs that you took at the same time you were taking Baycol.

## X. Authorizations

Complete and sign the attached Authorization for Release of Medical Records (No Psychological Injuries Claimed), and attached Authorization for Release of Employment and

Unemployment Records (No Psychological Injuries Claimed).

If you have filed a Workers' Compensation or Social Security disability claim, please complete and sign the attached Authorization for Release of Workers' Compensation and Social Security Records.

## XI. Declaration

I declare under penalty of perjury that all of the information provided in this Plaintiff's Fact Sheet is true and correct to the best of my knowledge, information and belief, that I have supplied all the documents requested in Part IX of this Plaintiff's Fact Sheet, as required above.

Further, I acknowledge that I have an obligation to supplement the above responses if I learn that they are in some material respects incomplete or incorrect.

5/1/02
Dated

[signature]
Signature

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

IN RE: BAYCOL PRODUCTS LITIGATION : MDL Docket No. 1431

AUTHORIZATION FOR RELEASE OF MEDICAL RECORDS
(No Psychological Injury is Claimed)

To: ____________________
Name

____________________
Address

____________________
City, State and Zip Code

This will authorize you to furnish copies of all medical records, including, but not limited to, medical reports, blood tests, radiographic films, CT scans, X-rays, MRI films, MRA films, correspondence, progress notes, prescription records, echocardiographic recordings, written statements, employment records, wage records, disability records, medical bills, and other documents in your possession, except for records for treatment of psychological, psychiatric or emotional problems, concerning Mike Minato
Name of Patient

whose date of birth is 6-23-26 and whose social security number is 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.

You are authorized to release the above records to the following representatives of defendants in the above-entitled matter, who have agreed to pay reasonable charges made by you to supply copies of such records.

____________________
Name of Representative

____________________
Representative Capacity (e.g., attorney, records requester, agent, etc.)

Street Address

City, State and Zip Code

This authorization does not authorize you to disclose anything other than documents and records to anyone.

This authorization is not valid unless the record requester named above has executed the acknowledgement at the bottom of this authorization

This authorization shall be considered as continuing in nature and is to be given full force and effect to release information of any of the foregoing learned or determined after the date hereof. It is expressly understood by the undersigned and you are authorized to accept a copy or photocopy of this authorization with the same validity as through as original had been presented to you.

Date: 5/1/02 Mike Uminato

Patient or Guardian Signature

Date: Frances Uminato

Witness Signature

ACKNOWLEDGEMENT

The undersigned, as the record requester named in the above medical authorization, hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the attorney for the patient named in the foregoing medical authorization has been given notice that the authorization will be used to request records from the person or entity to whom it is addressed, if named in Plaintiff's Fact sheet; or, if the authorization is addressed to a third party not listed in Plaintiff Fact Sheet, the attorney for the patient named has been given ten (10) days advance notice and has been afforded an opportunity to object to the request, and any objections have been resolved. The attorney for the patient named in the foregoing medical authorization has also been afforded an opportunity to order copies of the records from the undersigned requestor at a reasonable cost.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| IN RE: BAYCOL PRODUCTS LITIGATION | : | MDL Docket No. 1431 |

AUTHORIZATION FOR RELEASE OF MEDICAL RECORDS
(No Psychological Injury is Claimed)

To: ______________________________
Name

______________________________
Address

______________________________
City, State and Zip Code

This will authorize you to furnish copies of all medical records, including, but not limited to, medical reports, blood tests, radiographic films, CT scans, X-rays, MRI films, MRA films, correspondence, progress notes, prescription records, echocardiographic recordings, written statements, employment records, wage records, disability records, medical bills, and other documents in your possession, except for records for treatment of psychological, psychiatric or emotional problems, concerning MIKE MINATO
Name of Patient

whose date of birth is 06-23-26 and whose social security number is

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.

You are authorized to release the above records to the following representatives of defendants in the above-entitled matter, who have agreed to pay reasonable charges made by you to supply copies of such records.

SIDLEY AUSTIN BROWN & WOOD
Name of Representative

ATTORNEY FOR BAYER CORPORATION
Representative Capacity (e.g., attorney, records requester, agent, etc.)

BANK ONE PLAZA, 10 SOUTH DEARBORN STREET
Street Address

CHICAGO, ILLINOIS 60603
City, State and Zip Code

This authorization does not authorize you to disclose anything other than documents and records to anyone.

This authorization is not valid unless the record requester named above has executed the acknowledgement at the bottom of this authorization.

This authorization shall be considered as continuing in nature and is to be given full force and effect to release information of any of the foregoing learned or determined after the date hereof. It is expressly understood by the undersigned and you are authorized to accept a copy or photocopy of this authorization with the same validity as though an original had been presented to you.

Date: 6/15/02 Nick Minato
Patient or Guardian Signature

Date: June 15th, 2002 Frances R. Minato
Witness Signature

ACKNOWLEDGEMENT

The undersigned, as the record requester named in the above medical authorization, hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the attorney for the patient named in the foregoing medical authorization has been given notice that the authorization will be used to request records from the person or entity to whom it is addressed, if named in Plaintiff's Fact Sheet; or, if the authorization is addressed to a third party not listed in Plaintiff's Fact Sheet, the attorney for the patient named has been given ten (10) days advance notice and has been afforded an opportunity to object to the request, and any objections have been resolved. The attorney for the patient named in the foregoing medical authorization has also been afforded an opportunity to order copies of the records from the undersigned requestor at a reasonable cost.

______________________________

# Exhibit 2

Quarles & Brady Streich Lang LLP

One South Church Avenue
Suite 1700
Tucson, Arizona 85701-1621
Tel 520.770.8700
Fax 520.623.2418
www.quarles.com

*Attorneys at Law in:*
*Phoenix and Tucson, Arizona*
*Naples and Boca Raton, Florida*
*Chicago, Illinois (Quarles & Brady LLC)*
*Milwaukee and Madison, Wisconsin*

Julie A. Gamez
Writer's Direct Dial: 520.770.8731
Facsimile: 520.770.2221
E-Mail: jgamez@quarles.com

May 9, 2006

William G. Caldes, Esq.
SPECTOR, ROSEMAN & KODROFF
1818 Market Street, Suite 2500
Philadelphia, Pennsylvania 19103

**RE: Mike Minato vs. Bayer Corporation**

Dear Mr. Caldes:

Enclosed you will find HIPAA authorizations for the following providers:

VA Hospital;
Dr. Camilla Mican;
Del Webb Hospital; and
Cardiac Solutions

Please have Mr. Minato sign these authorizations and return them to me so that I can obtain his medical records from these locations. Please call me if you have any questions, and thank you for your assistance in this matter.

Very truly yours,

Julie A. Gamez
Legal Assistant

/jag
Enclosures

QBTUC\141119.70040\182627.1

Quarles & Brady Streich Lang LLP

One South Church Avenue
Suite 1700
Tucson, Arizona 85701-1621
Tel 520.770.8700
Fax 520.623.2418
www.quarles.com

*Attorneys at Law in:*
*Phoenix and Tucson, Arizona*
*Naples and Boca Raton, Florida*
*Chicago, Illinois (Quarles & Brady LLC)*
*Milwaukee and Madison, Wisconsin*

Julie A. Gamez
Writer's Direct Dial: 520.770.8731
Facsimile: 520.770.2221
E-Mail: jgamez@quarles.com

May 19, 2006

William G. Caldes, Esq.
SPECTOR, ROSEMAN & KODROFF
1818 Market Street, Suite 2500
Philadelphia, Pennsylvania 19103

**RE: Mike Minato vs. Bayer Corporation**

Dear Mr. Caldes:

Enclosed you will find HIPAA authorizations for the following providers:

Prescription Solutions
Dr. Joe Hayashi
Dr. Aubrey Chung

Please have Mr. Minato sign these authorizations and return them to me so that I can obtain his medical records from these locations. I am also waiting for the signed authorizations I sent to you on May 9 for Cardiac Solutions, VA Hospital, Dr. Mican and Del Webb Hospital. Please call me if you have any questions, and thank you for your assistance in this matter.

Very truly yours,

Julie Gamez

Julie A. Gamez
Legal Assistant

/jag
Enclosures

QBTUC\141119.70040\183158.1

Quarles & Brady Streich Lang LLP

One South Church Avenue
Suite 1700
Tucson, Arizona 85701-1621
Tel 520.770.8700
Fax 520.623.2418
www.quarles.com

*Attorneys at Law in:*
*Phoenix and Tucson, Arizona*
*Naples and Boca Raton, Florida*
*Chicago, Illinois (Quarles & Brady LLC)*
*Milwaukee and Madison, Wisconsin*

Julie A. Gamez
Writer's Direct Dial: 520.770.8731
Facsimile: 520.770.2221
E-Mail: jgamez@quarles.com

June 5, 2006

William G. Caldes, Esq.
SPECTOR, ROSEMAN & KODROFF
1818 Market Street, Suite 2500
Philadelphia, Pennsylvania 19103

**RE: Mike Minato vs. Bayer Corporation**

Dear Mr. Caldes:

I am following up on my correspondence to you dated May 9 and May 19 requesting signatures on HIPAA authorizations. We are waiting for signed HIPAA authorizations for the following providers:

Prescription Solutions
Dr. Joe Hayashi
Dr. Aubrey Chung
Cardiac Solutions
VA Hospital
Dr. Mican
Del Webb Hospital

Please call me if you have any questions, and thank you for your assistance in this matter.

Very truly yours,

Julie A. Gamez
Legal Assistant

/jag

QBTUC\141119.70040\183741.1