**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| In re BAYCOL PRODUCTS LITIGATION | : | MDL No. 1431 (MJD) |
| This Document Relates to: | : | |
| *Mike Minato v. Bayer Corporation* | : | Case No. 02-0131 |

**ORDER GRANTING DEFENDANT'S MOTION TO COMPEL**

THIS MATTER having come before the Court on Defendant's Motion to Compel; the parties having received due notice and having had the opportunity to be heard; and this Court having considered all submissions made:

**IT IS HEREBY ORDERED** that Plaintiff Mike Minato produce a properly executed HIPAA Compliant Authorization for Release of Medical Records. If Plaintiff fails to comply within 10 days of the date of this Order, his case will be dismissed with prejudice.

DATED: JUL 19 2006

Michael J. Davis

Honorable Judge Michael J. Davis
United States District Court

SCANNED
JUL 19 2006
U.S. DISTRICT COURT MPLS